

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00636-CV

**IN RE** Chris **ERCK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  December 11, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On September 18, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus, the response filed on behalf of the real parties in interest and relator's reply, and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012CI11952, styled *NEC Networks, LLC d/b/a CaptureRx and Chris Hotchkiss v. AME & FE Investments, Ltd. and Chris Erck*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.